IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MARTIN | : | CIVIL ACTION |
| v. | : | |
| KIM ULISNY, ET AL. | : | NO. 09-3967 |

## O R D E R

**AND NOW**, this 22nd day of February, 2010, upon consideration of Defendants' Motion to Dismiss (Docket No. 8), and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED** without prejudice. **IT IS FURTHER ORDERED** that Plaintiff may file an Amended Complaint that cures the deficiencies in the Complaint within 30 days of his receipt of this Order.

BY THE COURT:

_____
John R. Padova, J.